UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**ROBERT KELLY**

    Plaintiff,

    -against-

The **CITY OF MOUNT VERNON**, New York, and the **CITY OF MOUNT VERNON URBAN RENEWAL AGENCY**, and **RICHARD THOMAS**, Individually and in his capacity as former Mayor of the City of Mount Vernon, New York and **LAWRENCE PORCARI**, Individually and in his capacity as former Corporation Counsel for the City of Mount Vernon, New York, **FRANK ACOCELLA**, Individually and in his capacity acting as an agent for the City of Mount Vernon, New York and **THE ACOCELLA LAW GROUP P.C.**, acting as an agent for the City of Mount Vernon, New York.

    Defendants

ORDER OF DISMISSAL

for

**DEFENDANT LAWRENCE PORCARI**

19-CV11369

---

This matter coming to be heard on the Plaintiff **ROBERT KELLY** and Defendant **LAWRENCE PORCARI**'s Stipulation of Voluntary Dismissal, the Court having reviewed the Stipulation, and being duly advised, it is HEREBY ORDERED THAT:

1. The above-captioned matter is dismissed with prejudice; against Defendant **LAWRENCE PORCARI.**

2. Each party shall bear its own costs and attorneys' fees in connection with this action.

IT IS SO ORDERED

_____
Philip M. Halpern
United States District Judge

Dated: New York, New York
July 10, 2020