UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **ROBERT KELLY**<br><br>Plaintiff,<br><br>-against-<br><br>The **CITY OF MOUNT VERNON,** New York, and the **CITY OF MOUNT VERNON URBAN RENEWAL AGENCY**, and **RICHARD THOMAS,** Individually and in his capacity as former Mayor of the City of Mount Vernon, New York and **FRANK ACOCELLA**, Individually and in his capacity acting as an agent for the City of Mount Vernon, New York and **THE ACOCELLA LAW GROUP P.C.**, acting as an agent for the City of Mount Vernon, New York.<br><br>Defendants | ORDER OF DISMISSAL<br><br>with<br><br>**PREJUDICE**<br><br>for<br><br>DEFENDANTS<br><br>**FRANK ACOCELLA** and<br><br>**THE ACOCELLA LAW GROUP P.C.**<br><br>CIVIL ACTION<br><br>**19-CV-11369** |

This matter coming to be heard on Plaintiff Robert Kelly and Defendants Frank Acocella and The Acocella Law Group P.C.'s Stipulation of Voluntary Dismissal with Prejudice, the Court having reviewed the Stipulation, and being duly advised, it is HEREBY ORDERED THAT:

1. The above-captioned matter is dismissed with prejudice; against Defendant **Frank Acocella** and **The Acocella Law Group P.C.**

2. Each party shall bear its own costs and attorneys' fees in connection with this action.

3. The pending motion to dismiss filed by defendants Frank Acocella and The Acocella Law Group P.C. (Doc. 53) is denied as moot. The Clerk of Court is directed to terminate the pending motion, and terminate said defendants as parties to this action.

**SO ORDERED**

_____
Honorable Philip M. Halpern
United States District Judge

Dated: New York, New York
October 1, 2020