UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT KELLY,<br><br>       Plaintiff,<br><br> - against -<br><br>The CITY OF MOUNT VERNON, New York, and the CITY OF MOUNT VERNON URBAN RENEWAL AGENCY, and RICHARD THOMAS, Individually and in his capacity as former Mayor of the City of Mount Vernon, New York<br><br>       Defendants. | Civil Action No. 7:19-cv-11369 (PMH)<br><br>~~PROPOSED~~ **ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November  6 , 2020 Stipulation of Dismissal, Plaintiff's: (1) claims of intentional infliction of emotional distress (Sixth Claim for Relief), and (2) claims under the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution brought pursuant to 42 U.S.C. § 1983 (Second Claim for Relief), only to the extent that such claims are raised under a "class-of-one" theory, are hereby dismissed and discontinued with prejudice. All parties are to bear their own costs and legal fees with respect to these dismissed claims.

**SO ORDERED THIS**   9th    **day of November, 2020.**

                _____
                Philip M. Halpern, U.S.D.J.

4837-0404-0400.3

4