**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ROBERT KELLY,

                           Plaintiff,                        19 **CIVIL** 11369 (PMH)

           -against-                             **JUDGMENT**

THE CITY OF MOUNT VERNON, et al.,
                           Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated May 14, 2021, the City Defendants' and Thomas' motions are GRANTED. Plaintiff's request for certain discovery (Doc. 139), in light of the Court's rulings herein, is denied as moot, and the Court therefore need not consider Thomas's in camera submission (see Doc. 145); accordingly, this case is closed.

**Dated:** New York, New York
          May 14, 2021

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                                         **BY:**   *K. Mango*
                                                              **Deputy Clerk**