UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ROBERT KELLY,

                Plaintiff,                **ORDER**

v.

                                       19-CV-11369 (PMH)

THE CITY OF MOUNT VERNON, et al.,

                Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        Counsel for defendant the City of Mount Vernon (the "City") and the City Urban Renewal Agency, Oxman Law Group, PLLC ("Oxman"); counsel for defendant Richard Thomas, Littler Mendelson, P.C. ("Littler"); and the City's Comptroller Deborah Reynolds, through her counsel Patrick J. Bliss, appeared at 3:00 p.m. today for a conference concerning outstanding legal fees pursuant to the Court's Order dated May 4, 2021. (Doc. 155). The City's Corporation Counsel, Brian Johnson, did not appear. The Court heard proposals from counsel concerning resolution of the issue of non-payment.

        Accordingly, by June 14, 2021, the City, through Corporation Counsel, is directed to file an affidavit explaining what can be done to ensure the prompt payment of any attorney invoices submitted by Oxman and Littler to Corporation Counsel for payment for work performed in this matter. The Mayor, if she is so advised, may also file an affidavit on or before June 14, 2021. See transcript.

        Counsel for the City is directed to provide a copy of this Order to the Corporation Counsel and the City Comptroller, and file proof service of the same.

SO ORDERED:

Dated: White Plains, New York
       June 7, 2021

                                                        _____
                                                        Philip M. Halpern
                                                       United States District Judge